Hillsborough,
Jan. 6, 1942.} No. 3274.

## Leah Sirois *v.* Amédée Sirois.

*Karl E. Dowd*, by brief, for the plaintiff.

*Robert J. Doyle* (by brief and orally), for the defendant.

Per Curiam.   The evidence that the plaintiff was struck on the head by shoes thrown at her by the defendant and that the defendant over a period of time forced sexual relations upon her when he was intoxicated with the result of causing her great pain, and bringing her to the verge of a nervous breakdown, tended to prove extreme cruelty.   *Poor* v. *Poor*, 8 N. H. 307; *Jones* v. *Jones*, 62 N. H. 463; *Hart* v. *Hart*, 68 N. H. 478.

*Exception overruled.*